In the District Court of the United States
Southern District of Ohio
Western Division at Dayton

THOMAS M. ROSE
SHARON L. OVINGTON

Steven L Inskeep
314 Miami St Apt 2
Urbana Ohio 43078
  plaintiff

v

David Reese *
205 S. Main St.
Urbana Ohio 43078

&

Michael Jade Cooper *
205 S. Main St.
Urbana Ohio 43078

&

Jason Kizer *
205 S. Main St.
Urbana Ohio 43078

&

Edward Burkhammer *
205 S. Main St.
Urbana Ohio 43078

&

City of Urbana, Ohio
205 S. Main St.
Urbana Ohio 43078

&

John Does 1-3 *
  defendants

Case # 3:16 cv 225

Complaint under USC
Title 42 § 1983

Jury trial request
endorsed herein.

Request for joinder
with Case # 03:16 CV 00071

* Reese, Cooper, Kizer
are being sued in their
individual and official
capacities.
Burkhammer is being
sued in his individual
capacity.
John Does 1-3 are being
sued in their individual
capacities as to Count 3.

## Statement of Facts

On March 31, 2015 Plaintiff Inskeep was the victim of an armed home invasion and kidnapping at 1 Am by defendants Reese, Cooper and Kiger. These defendants entered into my home without warrant or probable cause to do so and attacked me.

During the subsequent illegal detention lasting 17 hours, at approximately 1:30 pm on Mar 31 2015 defendant Burkhammer approached Plaintiff for an interview, which was recorded by defendant Burkhammer, which Plaintiff participated in, and which Burkhammer tape recorded.

Subsequent to this interview on tape, defendant Burkhammer altered, edited, or otherwise tampered with the contents of the tape recording in conspiracy with other, as yet unknown, defendants or of his own initrative and volition which this Plaintiff is yet to determine.

The purpose of this lawsuit, I want to make clear and unequivicable to this Honorable Court, is to defend and protect the Constitution of these United States, that what has been had at the expense of blood, treasure, and sacrifice will not perish from the earth.

1) Plaintiff Inskeep is a natural born citizen of the State of Ohio, county of Champaign in the United States of America.

2) This Honorable Court has jurisdiction of the subject matter under Title 42 §1983 USC and the 4TH, 5TH, 6TH, and 14TH Amendments of the Constitution of the United States as well as 28 §1915.

## Complaint
### Count 1

3) Defendants Reese, Cooper, and Kizer did, on Mar 31, 2015 at 1 am under color of law and with deliberate, reckless indifference and malice, and in violation of Plaintiff's clearly established rights under the 4TH Amendment to the US Constitution, illegally enter Plaintiff's home without warrant, exigent circumstances, or reasonable probable cause to do so and attacked him. This armed home invasion was motivated by malice and viciousness at worst, and deliberate reckless indifference at best by Reese and Cooper. Kizer's motivation could best be described as grossly reckless indifference to the right of Plaintiff.

4) Defendant City of Urbana, Ohio, did contribute to the insult and injury borne by Plaintiff on Mar 31, 2015 by its reckless indifference to the proper training of its officers in proper procedure and the principles of Constitutional law in these United States, this reckless indifference to the proper training and supervision of its employees could be reasonably forseen to cause proximately the injury borne by Plaintiff, and grossly negligent and recklessly indifferent to the potential Constitutional injuries borne by its citizens, as alleged in paragraph 3 as if fully rewritten herein.

Count 2

5) Defendants Reese, Cooper, and Kyzer did, under color of law, and with reckless indifference to the rights of the Plaintiff under the US Constitution cause plaintiff injury by causing Plaintiff to be illegally detained for 10 hours on the 31st of March, 2015 in violation of Plaintiff's 4th Amendment rights. The motivation for this depravation of rights was motivated on Reese and Cooper's parts, by depraved and malicious state of mind and on Kyzer's part by reckless indifference to the Constitutional rights of Plaintiff.

6) The City of Urbana, Ohio, by its custom and history of its reckless indifference to the rights of the citizens who reside in its political boundries, did contribute proximately to the injuries suffered by Plaintiff by its total and abject failure to properly train its employees and acted with reckless indifference to the potential for injury suffered by this Plaintiff due to the actions of Reese, Cooper, and Kizer in paragraph 5 recounted here as if fully rewritten herein.

### Count 3

7) On March 15, 2015 defendant Burkhammer, alone and of his own malicious volition, or acting in concert with Defendants John Does 1-3, did act to violate Plaintiff's Constitutional rights to due process under the 6TH and 14TH amendments by changing, editing, altering, or tampering with a tape recording made secretly by Burkhammer at minute 2:10 so as to maliciously harm Plaintiff's potential for due process, and in a direct assault on the judicial process and the very rule of law itself. This attack on the

plaintiff and the very judicial system was done by Burkhammer and/or his co conspirators with reckless indifference at best and with a depraved, malicious, heart and intention at worst, and under color of law.

8) City of Urbana, Ohio, by its refusal to supervise, direct, or train its officers, bears some proximate responsibility for the injuries borne by Plaintiff in paragraph 7 as if fully rewritten herein. At best, the actions of Defendant City were done by reckless indifference and part of a custom or history of the turning of a "blind eye" to the improper, illegal, and criminal actions of its employees under its direct control and supervision. I am not attributing maliciousness to the City, just gross negligence.

9) Plaintiff prays that this Honorable Court will see justice done and further plaintiff prays for legal fees, nominal, compensatory, and punitive damages to be determined by a jury after trial of the issues. I also ask this Honorable Court, for efficiency, to join with 03:16CV00071.
(03:16)

Respectfully submitted,

Steven L. Inskeep
314 Miami St Apt 2
Urbana Ohio 43078
614 390 0524

## Certificate of Service

I do certify I gave a copy of the foregoing complaint to Brienne Parcels, city of Urbana law director on this the 5th day of May, 2016.

*Steven L. Inskeep*